Truman B. WAYNE and Visco Products Company, et al. v. THE TEXAS COMPANY.

No. 11932.

United States Court of Appeals Fifth Circuit.

June 3, 1949.

Rehearing Denied July 20, 1949.

John H. Bruninga, St. Louis, Mo., Dewey F. Fagerburg, Richard L. Johnston, Chicago, Ill., Paul A. Smith, Houston Texas, for appellants.

Brady Cole, Garrett R. Tucker, Jr., Houston, Texas, H. Stanley Mansfield, New York City, Raymond F. Adams, New York City, for appellee.

Before HUTCHESON, SIBLEY, and WALLER, Circuit Judges.

SIBLEY, Circuit Judge.

This case was heard below with Wayne, et al. v. Humble Oil & Refining Company, 5 Cir., 175 F.2d 230, this day decided. It involves only the first patent therein considered as to which the evidence is substantially the same. For the reasons given in the case above cited we hold that patent to be void. The judgment dismissing the suit is

Affirmed.